UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MEGAN G.,

                     Plaintiff,

v.                                                        5:21-CV-0852
                                                                    (ML)

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                     Defendant.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF KENNETH HILLER, PLLC<br>  Counsel for the Plaintiff<br>6000 North Bailey Avenue - Suite 1A<br>Amherst, New York 14226 | MARY ELLEN GILL, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>  Counsel for the Defendant<br>J.F.K. Federal Building<br>15 New Sudbury Street<br>Boston, Massachusetts 02203 | LUIS PERE, ESQ.<br>Special Assistant United States<br>Attorney |

MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Luis Pere, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through counsel Mary Ellen Gill, having consented to the within order

and the requested remand (Dkt. No. 19), and the Court having considered the matter,

IT IS on this 19th day of April, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: April 19, 2022
       Binghamton, New York

_/s/ Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge